Heather Carson Perkins (*pro hac vice to be filed*)
Nick R. Rotchadl (*pro hac vice to be filed*)
Sylvia Bokyung St. Clair (*pro hac vice to be filed*)
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone:     +1 303 607 3500
Facsimile:     +1 303 607 3600
Heather.Perksin@faegredrinker.com
Nick.Rotchadl@faegredrinker.com
Sylvia.Stclair@faegredrinker.com

Max Corrick (Nevada Bar No. 6609)
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone:     +1 (702) 384-4012
Facsimile:     +1 (702) 383-0701
mcorrick@ocgas.com

*Attorneys for Defendants*
*Carl's Jr. Restaurants LLC,*
*CKE Restaurants Holdings, Inc.,*
*CKE Restaurants, Inc., and*
*Carl Karcher Enterprises, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY MARIE WOOD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARL'S JR., operated and owned by BTO INVESTMENTS, a Delaware corporation; S. L. INVESTMENTS, a Nevada corporation; CKE RESTAURANTS, INC., a Delaware corporation; CARL'S JR. RESTAURANTS, LLC, a foreign limited liability company; CARL KARCHER ENTERPRISES, INC., a foreign corporation; CKE RESTAURANTS HOLDINGS, INC., a foreign corporation; RUCEY MOLINA CRUZ, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02329-APG-BNW<br><br>**STIPULATION TO EXTENSION OF RESPONSE DEADLINE PURSUANT TO LR IA 6-1 AND PROPOSED ORDER [First Request]** |

*Law Offices of*
OLSON CANNON GORMLEY & STOBERSKI
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012     Fax (702) 383-0701

## STIPULATION TO EXTENSION OF RESPONSE DEADLINE PURSUANT TO LR IA 6-1 AND PROPOSED ORDER [First Request]

Defendants CKE Restaurants, Inc., Carl's Jr. Restaurants LLC, Carl Karcher Enterprises, Inc., and CKE Restaurants Holdings, Inc. (collectively, "CKE Defendants") and Plaintiff Holly Marie Wood, by and through their respective counsel, hereby stipulate and agree, given that the Complaint in this action is a 174-paragraphs and 39 pages long, and because the parties are discussing and contemplating possible dismissal of certain defendants from this Action, to an extension of the deadline for the CKE Defendants to respond to the Complaint to January 15, 2021. This is the first stipulation for an extension of time to respond to the Complaint.

DATED this 30th day of December, 2020

Respectfully submitted,

OLSON CANNON GORMLEY & STOBERSKI

By: /s/ Max E. Corrick, II
MAX E. CORRICK, II
Nevada Bar No. 6609
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
mcorrick@ocgas.com

FAEGRE DRINKER BIDDLE & REATH LLP
Heather Carson Perkins (pro hac vice to be filed)
Nick R. Rotchadl (pro hac vice to be filed)
Sylvia Bokyung St. Clair (pro hac vice to be filed)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone:    +1 303 607 3500
Facsimile:    +1 303 607 3600
Heather.Perksin@faegredrinker.com
Nick.Rotchadl@faegredrinker.com
Sylvia.Stclair@faegredrinker.com

*Attorneys for CKE Defendants*

By: /s/ Paul S. Padda, Esq.
Paul S. Padda, Esq.
Anthony L. Abbatangelo, Esq.

OLSON CANNON GORMLEY & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Fax (702) 383-0701

PAUL PADDA LAW
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103

*Attorneys for Plaintiff*

ORDER

**IT IS SO ORDERED**

**DATED:** 3:24 pm, December 30, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## Jane Hollingsworth

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **Sent:** | Wednesday, December 30, 2020 1:05 PM |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:20-cv-02329-APG-BNW Wood v. Carl's Jr. et al Stipulation |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered by Corrick, Max on 12/30/2020 at 1:04 PM PST and filed on 12/30/2020

| | |
|---|---|
| **Case Name:** | Wood v. Carl's Jr. et al |
| **Case Number:** | 2:20-cv-02329-APG-BNW |
| **Filer:** | CKE Restaurants Holdings, Inc. |
| | CKE Restaurants, Inc. |
| | Carl Karcher Enterprises, Inc. |

**Document Number:** 8

**Docket Text:**
**First STIPULATION *to respond to Complaint* by Defendants CKE Restaurants Holdings, Inc., CKE Restaurants, Inc., Carl Karcher Enterprises, Inc.. (Corrick, Max)**

**2:20-cv-02329-APG-BNW Notice has been electronically mailed to:**

Max E. Corrick    mcorrick@ocgas.com, jhollingsworth@ocgas.com

Paul S. Padda    psp@paulpaddalaw.com, civil@paulpaddalaw.com, jennifer@paulpaddalaw.com, lani@paulpaddalaw.com, marlennec@paulpaddalaw.com, maryg@paulpaddalaw.com, michelle@paulpaddalaw.com

Tony L Abbatangelo    Tony@paulpaddalaw.com, arelicep@paulpaddalaw.com

**2:20-cv-02329-APG-BNW Notice has been delivered by other means to:**

Heather Carson Perkins
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15th Street, Suite 3400
Denver, CO 80202

Nick R Rotchadl
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15th Street, Suite 3400
Denver, CO 80202

Sylvia Bokyung St. Clair
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15th Street, Suite 3400
Denver, CO 80202

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=12/30/2020] [FileNumber=10051476
-0] [c2663e1c343eff0e134f65685e4c692b5e9dc60a3f2cb0e8d39bff73280b2990e
5b18f1b87deab81e86dcd1fe0d9ad9a4b8cfc1e85fe4ca8a6fe8b785e1d1951]]