BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
JOSH COLE AICKLEN, ESQ., NV Bar # 7254
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
*Attorneys for Defendant*
*BTO INVESTMENTS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY MARIE WOOD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARL'S JR., operated and owned by BTO INVESTMENTS, a Delaware corporation; S.L. INVESTMENTS, a Nevada corporation; CKE RESTAURANTS, INC., a Delaware corporation; CARL'S JR. RESTAURANTS, LLC, a foreign limited liability company; CARL KARCHER ENTERPRISES, INC., a foreign corporation; CKE RESTAURANTS HOLDINGS, INC., a foreign corporation; RUCEY MOLINA CRUZ, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive;<br><br>Defendants. | CASE NO.  2-20-cv-02329-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT BTO INVESTMENTS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HOLLY MARIE WOOD ("Plaintiff") and Defendant BTO INVESTMENTS, INC. ("Defendant" or "BTO"), by and through their respective counsel of record Paul S. Padda of PAUL PADDA LAW, PLLC, and Bruce C. Young, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

. . .

4850-7987-7846.1

Counsel for BTO has only recently been retained to represent BTO in this matter. In light of the holiday season and COVID-19 issues, as well as the number of allegations and claims set forth in the Complaint, the parties agree that an extension of time for BTO to answer or otherwise respond to the Complaint is necessary and appropriate. In order to allow counsel for Defendant sufficient time to investigate the facts and prepare an appropriate response to the Complaint, the Parties have agreed to stipulate to extend the time for Defendant to respond to Plaintiff's Complaint up to and including January 15, 2021. This extension is not sought for any improper reason or for the purpose of delay.

DATED this 8th day of January, 2021.   DATED this 8th day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP   PAUL PADDA LAW, PLLC.

By /s/ Bruce C. Young, Esq.   By /s/ Paul S. Padda
   Bruce C. Young, Esq.      Paul S. Padda, Esq.
   Paige S. Shreve, Esq.      Anthony L. Abbatangelo, Esq.
   6385 S. Rainbow Boulevard, Suite 600      PAUL PADDA LAW, PLLC
   Las Vegas, Nevada 89118      610 South Ninth Street
   Attorneys for Defendants      4560 South Decatur Boulevard, Suite 300
   BTO Investments Inc.      Las Vegas, NV  89103
         Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant BTO INVESTMENTS, INC's response to Plaintiff's Complaint shall be filed on or before January 15, 2021.

**IT IS SO ORDERED**

**DATED:** 11:40 am, January 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4850-7987-7846.1                                  2