Heather Carson Perkins (*pro hac vice*)
Hannah C. Carter (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone:    +1 303 607 3500
Facsimile:    +1 303 607 3600
heather.perkins@faegredrinker.com
hannah.carter@faegredrinker.com

Sylvia Bokyung St. Clair (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:    +1 310 203 4000
Facsimile:    +1 310 229 1285
sylvia.stclair@faegredrinker.com

Max Corrick (Nevada Bar No. 6609)
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone:    702-384-4012
Facsimile:    702-383-0701
mcorrick@ocgas.com

J. Bruce Alverson, Esq.
Nevada Bar No. 1339
Karie N. Wilson, Esq.
Nevada Bar No. 7957
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
Telephone:    702-384-7000
Facsimile:    702-385-7000
balverson@alversontaylor.com
kwilson@alversontaylor.com

*Attorneys for Defendants Carl's Jr. Restaurants LLC, CKE Restaurants Holdings, Inc., CKE Restaurants, Inc., and Carl Karcher Enterprises, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLY MARIE WOOD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARL'S JR., operated and owned by BTO INVESTMENTS, a Delaware corporation; S. L. INVESTMENTS, a Nevada corporation; CKE RESTAURANTS, INC., | Case No.:  2:20-cv-02329-APG-BNW<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**<br>**(pursuant to LR IA 11-6)** |

1  a Delaware corporation; CARL'S JR.
   RESTAURANTS, LLC, a foreign limited
2  liability company; CARL KARCHER
   ENTERPRISES, INC., a foreign
3  corporation; CKE RESTAURANTS
   HOLDINGS, INC., a foreign corporation;
4  RUCEY MOLINA CRUZ, an individual;
   DOES 1 through 10, inclusive; ROE
5  CORPORATIONS/ENTITIES 1 through
   10, inclusive,
6
                    Defendants.
7

**PLEASE TAKE NOTICE** that Max E. Corrick, II of Olson Cannon Gormley & Stoberski hereby move and give notice of his withdrawal as attorneys for CKE Restaurants, Inc., Carl's Jr. Restaurants, LLC, Carl Karcher Enterprises, Inc., and CKE Restaurants Holdings, Inc. ("CKE Defendants") in this action. Karie Wilson and J. Bruce Alverson of Alverson Taylor & Sanders, will remain as counsel to CKE Defendants.

DATED this 11th day of March, 2021

OLSON CANNON GORMLEY & STOBERSKI

By: _/s/Max E. Corrick, II_____
MAX E. CORRICK, II
Nevada Bar No. 6609
9950 West Cheyenne Avenue
Las Vegas, NV 89129

FAEGRE DRINKER BIDDLE & REATH LLP
Heather Carson Perkins (*pro hac vice*)
Nick R. Rotchadl (*pro hac vice*)
Sylvia Bokyung St. Clair (*pro hac vice*)
1144 15th Street, Suite 3400
Denver, CO 80202
Heather.Perksin@faegredrinker.com
Nick.Rotchadl@faegredrinker.com
Sylvia.Stclair@faegredrinker.com

*Holly Marie Wood v. Carl's Jr. d/b/a BTO Investments, et al.*
Notice of Withdrawal of Counsel of CKE Restaurants, Inc., Carl's Jr. Restaurants LLC, Carl Karcher Enterprises, Inc., and CKE Restaurants Holdings, Inc.

J. Bruce Alverson, Esq.
Nevada Bar No. 1339
Karie N. Wilson, Esq.
Nevada Bar No. 7957
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
balverson@alversontaylor.com
kwilson@alversontaylor.com

*Attorneys for CKE Defendants*

ORDER

**IT IS SO ORDERED**

**DATED:** 4:40 pm, March 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*Holly Marie Wood v. Carl's Jr. d/b/a BTO Investments, et al.*
Notice of Withdrawal of Counsel of CKE Restaurants, Inc., Carl's Jr. Restaurants LLC, Carl Karcher Enterprises, Inc., and CKE Restaurants Holdings, Inc.

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
1144 15TH STREET, SUITE 3400
DENVER, COLORADO 80202