ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
          rwise@grsm.com

*Attorneys Defendant for S.L. Investments*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY MARIE WOOD, an individual, | Case No.: 2:20-cv-02329-APG-BNW |
| Plaintiff, | |
| vs. | |
| CARL'S JR., operated and owned by BTO INVESTMENTS, a Delaware corporation; S. L. INVESTMENTS, a Nevada corporation; CKE RESTAURANTS, INC., a Delaware corporation; CARL'S J. RESTAURANTS, LLC, a foreign limited liability company; CARL KARCHER ENERPRISES, INC. a foreign corporation; CKE RESTAURANTS HOLDINGS, INC., a foreign corporation; RUCEY MOLINA CRUZ, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| Defendants. | |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule IA 11-6, GORDON REES SCULLY MANSUKHANI, LLP, respectfully moves the court for an Order removing attorney David T. Gluth, II, Esq. (Nevada Bar No. 10596), former email address dgluth@grsm.com, and all emails associated with David T. Gluth, II, Esq. and Gordon Rees Scully Mansukhani, LLP, from the electronic service list in this matter. Attorney David T. Gluth, II is no longer with the law firm GORDON REES SCULLY MANSUKHANI, LLP.

1  Mr. Gluth's removal from the e-service list should not delay these proceedings as
2  GORDON REES SCULLY MANSUKHANI, LLP remains counsel for record for Defendant
3  S. L. INVESTMENTS.

4  Accordingly, there is good cause to justify granting David T. Gluth, II's withdrawal and
5  removal from the electronic service list in this case.

6  DATED this 3rd day of August, 2021.

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Rachel L. Wise*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Rachel L. Wise, Esq.
Nevada Bar No. 12303
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendant S.L. Investments*

### Order

**IT IS SO ORDERED**

**DATED:** 10:20 am, August 06, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**