JOSH COLE AICKLEN
Nevada Bar No. 7254
JESSELYN V. DE LUNA
Nevada Bar No. 15031
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789
josh.aicklen@lewisbrisbois.com
jesselyn.deluna@lewisbrisbois.com
*Attorneys for Defendant*
*BTO INVESTMENTS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY MARIE WOOD, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>CARL'S JR., operated and owned by BTO INVESTMENTS, a Delaware corporation; S.L. INVESTMENTS, a Nevada corporation; CKE RESTAURANTS, INC., a Delaware corporation; CARL'S JR. RESTAURANTS, LLC, a foreign limited liability company; CARL KARCHER ENTERPRISES, INC., a foreign corporation; CKE RESTAURANTS HOLDINGS, INC., a foreign corporation; RUCEY MOLINA CRUZ, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive;<br><br>        Defendants. | CASE NO.        2-20-cv-02329-APG-BNW<br><br><br>**DEFENDANTS' JOINT MOTION TO EXTEND DISCOVERY DEADLINES** |

COME NOW, Defendants, BTO INVESTMENTS, INC., S.L. INVESTMENTS, CKE RESTAURANTS, INC., CARL'S JR. RESTAURANTS, LLC, CARL KARCHER ENTERPRISES, INC., and CKE RESTAURANTS HOLDINGS, INC. (hereinafter

1    collectively, "Defendants"), by and through their respective counsel of record, and

2    pursuant to FRCP 26 and LR 26-3, move this Court for an Order extending discovery

3    deadlines for good cause shown.

4        This Motion is made and based upon LR IA 6-1, LR 7-1, and LR 26-3, the

5    memorandum of points and authorities, the declaration of Jesselyn V. De Luna, and any

6    oral argument the Court deems appropriate.

7                                        Respectfully submitted,

8        DATED this 30th day of August, 2021.

9

10   LEWIS BRISBOIS BISGAARD &            ALVERSON TAYLOR & SANDERS
     SMITH  LLP
11
     /s/ Josh Cole Aicklen                /s/ Karie N. Wilson
12   ────────────────────────────         ────────────────────────────

13   Josh Cole Aicklen, Esq.              J. Bruce Alverson, Esq.
     Nevada Bar No. 7254                  Nevada Bar No. 1339
14   Jesselyn V. De Luna, Esq.            Karie N. Wilson, Esq.
     Nevada Bar No. 15031                 Nevada Bar No. 7957
15   6385 South Rainbow Boulevard, Suite 600   6605 Grand Montecito Parkway, Suite 200
     Las Vegas, Nevada 89118              Las Vegas, Nevada 89149
16   Attorneys for Defendant              *Attorneys for Defendants*
     BTO INVESTMENTS, INC.                *CARL'S JR. RESTAURANTS LLC, CKE*
17                                        *RESTAURANTS HOLDINGS, INC., CKE*
                                          *RESTAURANTS, INC., AND CARL*
18                                        *KARCHER ENTERPRISES, INC*

19

20   GORDON REES SCULLY
     MANSUKHANI LLP
21
     /s/ Rachel L. Wise
22   ────────────────────────────

23   Robert S. Larsen, Esq.
     Nevada Bar No. 7785
24   Rachel L. Wise, Esq.
     Nevada Bar No. 12303
25   300 South Fourth Street, Suite 1550
     Las Vegas, Nevada 89101
26   *Attorneys for Defendant*
     *S.L. INVESTMENTS*
27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## DECLARATION OF JESSELYN V. DE LUNA, ESQ.

I, JESSELYN V. DE LUNA, declare and state as follows:

1.    I am an associate in the law firm of Lewis Brisbois Bisgaard & Smith, LLP, am duly licensed to practice law in the State of Nevada, and am an attorney for Defendant BTO Investments, Inc. in the above-captioned matter.

2.    I have personal knowledge of the facts set forth hereunder and am competent to testify to the same.

3.    In late July, our office proposed a mediation in this case, to which all parties agreed.  A true and correct copy of this email chain is attached hereto as **Exhibit A**.

4.    The mediation was eventually scheduled for Monday, September 27, 2021 with Judge Trevor Atkin (Ret.) at Advanced Resolution Management.

5.    In light of the pending mediation, it was discussed that major discovery would be paused to allow the parties time to prepare for the mediation without incurring potentially unnecessary discovery costs.  To this end, it was agreed by all parties that the scheduled deposition of Plaintiff Wood, which was set to take place on Monday, July 26, 2021, was cancelled.  See, **Exhibit A**.

6.    Initial expert disclosures are currently due on September 20, 2021, exactly one week before the scheduled mediation.   Given the parties' interest in avoiding unnecessary discovery expenses, a draft Amended Discovery Plan and Scheduling Order was circulated on August 20, 2021.   All parties agreed to the extension except for Plaintiff.  I called Plaintiff's counsel's office and spoke with Paul Padda, Esq. who advised that an answer would be provided the following Monday.  On Monday, August 23rd, Plaintiff's counsel declined to stipulate to an extension of deadlines.  A true and correct copy of this email chain is attached hereto as **Exhibit B**.

7.    Because of Plaintiff's refusal to extend the current deadlines, the mediation was cancelled to allow the parties time to focus on completing discovery as soon as possible in order to go to trial.  However, due to certain circumstances discussed herein, defense counsel for BTO Investments, Inc., S.L. Investments, and the CKE Defendants

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 | agree that an extension of time is necessary.  As such, Defendants are forced to bring
2 | forth the instant Joint Motion.

3 |      8.     The instant Motion is timely as it is brought no later than 21 days before the
4 | expiration of the next deadline, September 20, 2021, in accordance with LR 26-3.

5 |      9.     The instant Motion is brought in good faith and not for the purpose of undue
6 | delay.

7 |      I declare under penalty of perjury under the laws of the United States of America
8 | that the foregoing is true and correct.

9 |      Executed on August 30, 2021 in Las Vegas, Nevada.

11 |      */s/ Jesselyn V. De Luna*

12 |      JESSELYN V. DE LUNA

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.     INTRODUCTION

3        This is a civil rights employment discrimination, sexual assault, and battery action

4   brought by Plaintiff Holly Marie Wood ("Plaintiff") against CKE Restaurants, Inc., Carl's Jr.

5   Restaurants, LLC, Carl Karcher Enterprises, Inc., and CKE Restaurants Holdings, Inc.

6   (hereinafter collectively, "CKE Defendants"), BTO Investments, Inc., and S.L.

7   Investments.   Plaintiff alleges Defendants are vicariously liable for her injuries.  See

8   generally, Complaint.  Plaintiff filed her Complaint on September 18, 2020.

9        Local Rule 26-1(b)(1) provides that "unless otherwise ordered, discovery periods

10  longer than one hundred and eighty (180) days from the date the first defendant answers

11  or appears will require special scheduling review."  On February 23, 2021, the Court

12  granted the parties' Proposed Discovery Plan and Scheduling Order, approving the

13  parties' request for a 240-day discovery period, as reasonable and necessary, in light of

14  the impact of the COVID-19 pandemic. (Doc. 30).  On June 25, 2021, the Court granted

15  the parties' Amended Plan and Scheduling Order, approving the parties' request that an

16  additional 90 days be added to the discovery period, for a total of 330 days, based on

17  certain extenuating circumstances, including the unsuccessful Early Neutral Evaluation

18  on March 10, 2021 leading to the entry of Defendant S.L. Investments into the suit, the

19  withdrawal of CKE Defendants' former attorneys and the appearance of their current

20  attorneys, the pending service of Defendant Rucey Molina Cruz, written discovery

21  extensions, the continuation of Plaintiff's deposition, the anticipated need for the

22  depositions of additional fact witnesses and Plaintiff's treating physicians, and inadvertent

23  errors in the calculation of the original Order.  (Doc. 48).

24       Defendants now propose that an **additional 60 days** be added to the 330-day

25  discovery period, for a total of **390 days**.  In late July, counsel for BTO Investments, Inc.

26  proposed a mediation in this case, to which all parties agreed.  A true and correct copy of

27  this email chain is attached hereto as **Exhibit A**.  The mediation was eventually scheduled

28  for Monday, September 27, 2021 with Judge Trevor Atkin (Ret.) at Advanced Resolution

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 Management.  In light of the pending mediation, it was discussed that major discovery
2 would be paused to allow the parties time to prepare for the mediation without incurring
3 potentially unnecessary discovery costs.  Consequently, the scheduled deposition of
4 Plaintiff, which was set to take place on Monday, July 26, 2021, was cancelled.  <u>See</u>,
5 **Exhibit A**.

6      Initial expert disclosures are currently due on September 20, 2021, which was
7 exactly one week before the scheduled mediation.  Given the parties' interest in avoiding
8 unnecessary discovery expenses, a draft Amended Discovery Plan and Scheduling Order
9 was circulated on August 20, 2021.  All parties agreed to the extension except for
10 Plaintiff.  Counsel for BTO Investments, Inc. called Plaintiff's counsel's office and spoke
11 with Paul Padda, Esq. who advised that an answer would be provided the following
12 Monday.  <u>See</u>, Declaration of Jesselyn V. De Luna.  On Monday, August 23rd, Plaintiff's
13 counsel declined to stipulate to an extension of deadlines.  A true and correct copy of this
14 email chain is attached hereto as **Exhibit B**.  Because of Plaintiff's refusal to extend the
15 current deadlines, the mediation was cancelled to allow the parties time to focus on
16 completing discovery to go to trial as soon as possible.  However, given the expectation
17 that the parties would participate in mediation, Plaintiff's deposition was not re-noticed.  In
18 addition to re-noticing Plaintiff's deposition, the parties will also have to produce their
19 initial expert disclosures in an insufficient time frame.  Furthermore, due to certain
20 circumstances detailed below, defense counsel for BTO Investments, Inc., S.L.
21 Investments, and the CKE Defendants agree that an extension of time is necessary.  As
22 such, Defendants bring forth the instant Joint Motion.

23 II.      COMPLIANCE WITH LR 26-3 TO SHOW GOOD CAUSE FOR EXTENSION

24      Pursuant to the requirements of LR 26-3 regarding extending scheduled deadlines,
25 Defendants have included herewith:

26      A.     A statement specifying the discovery completed;

27      B.     A specific description of the discovery that remains to be completed;

28      C.     The reasons why the deadline was not satisfied or the remaining discovery

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-8331-3656.1                                         6

1  was not completed within the time limits set by the discovery plan; and

2        D.    A proposed schedule for completing all remaining discovery.

3        **A.**    **Statement Specifying the Discovery Completed**

4        The parties have conducted the following discovery to date:

5        1.    Plaintiff served her Initial Disclosures on March 3, 2021

6        2.    Defendant BTO Investments, Inc. served its Initial Disclosures on March 5,

7  2021

8        3.    CKE Defendants served their Initial Disclosures on March 3, 2021;

9        4.    Defendant BTO Investments, Inc. propounded its First Set of Interrogatories

10  and First Set of Requests for Production to Plaintiff on March 25, 2021;

11        5.    Plaintiff served her First Supplement to Initial Disclosures on April 26, 2021;

12        6.    Plaintiff served her Responses to Defendant BTO Investments, Inc.'s First

13  Set of Interrogatories and First Set of Requests for Production on April 26, 2021;

14        7.    Plaintiff propounded her First Set of Interrogatories and First Set of

15  Requests for Production to Defendant BTO Investments, Inc. on April 27, 2021;

16        8.    CKE Defendants served their First Supplement to Initial Disclosures on April

17  30, 2021;

18        9.    CKE Defendants propounded their First Set of Interrogatories and First Set

19  of Requests for Production to Plaintiff on June 10, 2021;

20        10.    Defendant S.L. Investments served Initial Disclosures on June 19, 2021;

21        11.    Defendant BTO Investments, Inc. served its First Supplement to Initial

22  Disclosures on June 25, 2021;

23        12.    Defendant BTO Investments, Inc. served its Responses to Plaintiff's First

24  Set of Interrogatories and First Set of Requests for Production;

25        13.    Plaintiff served her Responses to the CKE Defendants' First Set of

26  Interrogatories and First Set of Requests for Production on July 12, 2021;

27        14.    Plaintiff propounded her Second Set of Interrogatories to Defendant BTO

28  Investments, Inc. on July 28, 2021;

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

15.     Plaintiff propounded her First Set of Requests for Production to Defendant S.L. Investments on July 28, 2021; and

16.     Defendant S.L. Investments propounded its First Set of Requests for Admissions to Defendant BTO Investments, Inc. on August 6, 2021.

**B.     Specific Description of the Discovery that Remains to Be Completed**

1.     Additional Written Discovery;

2.     Initial Expert Disclosures;

3.     Rebuttal Expert Disclosures;

4.     Deposition of Plaintiff;

5.     Independent Medical Examination of Plaintiff;

6.     Vocational Interview of Plaintiff;

7.     Depositions of Respective FRCP 30(b)(6) Witnesses;

8.     Depositions of Percipient Witnesses;

9.     Depositions of Treating Physicians;

10.     Depositions of Plaintiff's Expert Witnesses;

11.     Depositions of Defendants' Expert Witnesses; and

12.     Any Additional Discovery Deemed Necessary.

**C.     Reasons Why the Deadline Was Not Satisfied or the Remaining Discovery Was Not Completed Within the Time Limits Set by the Discovery Plan**

Defendants respectfully request that an **additional 60 days** be added to the 330-day discovery period, for a total of **390 days**.  The parties have been diligently working to complete discovery in accordance with the current deadlines.  However, certain factors have necessitated an extension of the current deadlines.

First, the parties agreed to mediate the case, setting the mediation for September 27, 2021.  This was done with the understanding that major discovery would be paused to allow the parties time to prepare for the mediation without incurring potentially unnecessary discovery costs.  Consequently, Plaintiff's scheduled deposition was cancelled.  Plaintiff now refuses to stipulate to extend discovery deadlines, which would

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   force the parties to depose Plaintiff and gather experts within an insufficient time frame.

2   Second, Defendant BTO Investment Inc. has a new handling attorney. Defendant

3   BTO Investments, Inc. is represented by the law firm Lewis Brisbois Bisgaard & Smith,

4   LLP. The original handling attorney, Bruce C. Young, Esq., left the firm. The case was

5   internally reassigned to Josh Cole Aicklen, Esq. as the primary handling attorney.

6   Third, Plaintiff herself has a pending extension. She has not yet been able to

7   effectuate service of the Summons and Complaint on Defendant Rucey Molina Cruz.

8   Plaintiff therefore sought and was granted additional time to effectuate service. The

9   Court's Order dated May 5, 2021, extended service upon Defendant Rucey Molina Cruz

10   "up to and including 180 days from [the] Order," or until November 1, 2021. (Doc. 44). As

11   of the date of this filing, Plaintiff has not advised as to the status of service and no

12   confirmation has been provided to indicate that Mr. Cruz has been served.

13   Fourth, the parties also anticipate the need for the depositions of additional fact

14   witnesses, including former employees of the restaurant where Plaintiff was previously

15   employed. Some of these witnesses may be difficult to locate as several were also

16   teenagers or young adults who stopped working for Defendant BTO in 2018, nearly three

17   years ago. In addition, Plaintiff is seeking emotional distress damages and damages for

18   alleged future medical care and the parties therefor anticipate the need for depositions of

19   Plaintiff's treating physicians including, but not limited to, physicians at UMC Trauma, Dr.

20   Norton Roitman, Dr. Ruth Ramirez, and Dr. Ron Zedek. Coordinating these depositions

21   and accommodating the work and vacation schedules for the witnesses and the attorneys

22   involved is expected to necessitate additional discovery time.

23   For all these reasons, the parties respectfully request that the applicable discovery

24   deadlines be extended an additional 60 days. Upon a showing of good cause, this Court

25   is authorized to modify the discovery schedule. See, FRCP 6(b)(1)(A); LR 26-4. "The

26   district court may modify the pretrial schedule if it cannot reasonably be met despite the

27   diligence of the party seeking the extension." Johnson v. Mammoth Recreations, Inc.,

28   975 F.2d 604, 609 (9th Cir. 1992). Based upon the date the first Defendant answered or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  otherwise appeared (December 23, 2020) (Doc. 1), the undersigned parties hereby

2  propose the following discovery schedule pursuant to the LR 26-1 (April 17, 2020):

3      **D.**    **Proposed Schedule for Completing All Remaining Discovery**

4      Defendants submit the following proposed discovery plan, which represents a sixty

5  (60) day extension of the remaining discovery deadlines:

| Current Discovery Plan & Scheduling Order | | *Proposed* Amended Discovery Plan & Scheduling Order |
|---|---|---|
| **Event** | **Current Deadline** | **Proposed Deadline** |
| **Discovery Cut-Off** | November 18, 2021 (Thursday) | January 17, 2022 (Monday)<br><br>[390 Days from date first defendant answers or appears - LR 26-1 (b)(1)] |
| **Amending Pleadings Adding Parties** | August 20, 2021 (Friday) | October 19, 2021 (Tuesday)<br><br>[90 Days Before Close of Discovery - LR 26-1(b)(2)] |
| **Initial Expert Disclosures** | September 20, 2021 (Monday) | November 18, 2021 (Thursday)<br><br>[60 Days Before Close of Discovery - LR 26-1(b)(3)] |
| **Rebuttal Expert Disclosures** | October 20, 2021 (Wednesday) | December 20, 2021 (Monday)<br><br>[30 days after the Initial Disclosure of Experts - LR 26-1(b)(3) is a Saturday, 12/18/21] |
| **Dispositive Motions** | December 20, 2021 (Monday) | February 16, 2022 (Wednesday)<br><br>[30 Days After Close of Discovery - LR 26-1(b)(4)] |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-8331-3656.1

10

| Pre-Trial Order | January 19, 2022 | March 18, 2022<br><br>[30 Days After the Dispositive Motion Deadline - LR 26-1(b)(5)] |
|---|---|---|

With respect to the Pre-Trial Order, if dispositive motions are filed, the deadline for filing a Joint Pre-Trial Order will be suspended until 30-days after a decision on the dispositive motion(s) is/are rendered or until further Court notice.  See, Local Rule 26-1(b)(5).

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

III.    CONCLUSION

Based on the foregoing, Defendants, BTO Investments, Inc., S.L. Investments, CKE Restaurants, Inc., Carl's Jr. Restaurants, LLC, Carl Karcher Enterprises, Inc., and CKE Restaurants Holdings, Inc., respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline and enter a new Scheduling Order with the dates proposed above.

                                                        Respectfully submitted,

        DATED this 30th day of August, 2021.


LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Josh Cole Aicklen

Josh Cole Aicklen, Esq.
Nevada Bar No. 7254
Jesselyn V. De Luna, Esq.
Nevada Bar No. 15031
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
BTO INVESTMENTS, INC.


GORDON REES SCULLY MANSUKHANI LLP

/s/ Rachel L. Wise

Robert S. Larsen, Esq.
Nevada Bar No. 7785
Rachel L. Wise, Esq.
Nevada Bar No. 12303
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*S.L. INVESTMENTS*


ALVERSON TAYLOR & SANDERS

/s/ Karie N. Wilson

J. Bruce Alverson, Esq.
Nevada Bar No. 1339
Karie N. Wilson, Esq.
Nevada Bar No. 7957
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendants*
*CARL'S JR. RESTAURANTS LLC, CKE*
*RESTAURANTS HOLDINGS, INC., CKE*
*RESTAURANTS, INC., AND CARL*
*KARCHER ENTERPRISES, INC*


### Order

IT IS ORDERED that ECF No. 52 is DENIED without prejudice. It does not appear that the parties met and conferred in accordance with LR IA 1-3(f).

**IT IS SO ORDERED**

**DATED:** 1:09 pm, August 31, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-8331-3656.1                                    12

1

<u>CERTIFICATE OF SERVICE</u>

2

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS

3

BISGAARD & SMITH LLP, and that on this 30th day of August, 2021, I did cause a true

4

and correct copy of the foregoing **DEFENDANTS' JOINT MOTION TO EXTEND**

5

**DISCOVERY DEADLINES** to be filed with the Court and served to the following:

6

7
8
9
10
11
12

Paul S. Padda, Esq.
Tony L. Abbatangelo, Esq.
PAUL PADDA LAW, PLLC
4030 S. Jones Boulevard, Unit 30370
Las Vegas, Nevada 89173
Tel:   (702) 366-1888
Fax:   (702) 366-1940
Email: psp@paulpaddalaw.com
         tony@paulpaddalaw.com
*Attorneys for Plaintiff*

Rachel I. Wise
Robert S. Larsen, Esq.
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. Fourth Street, Suite 1550
Las Vegas, NV  89101
Tel:   (702) 577-9300
Fax:   (702) 255-2858
Email: rlarsen@grsm.com
Email: rwise@grsm.com
*Attorneys for Defendant S.L. Investments*

13
14
15
16
17
18
19
20

J. Bruce Alverson, Esq.
Karie N. Wilson, Esq.
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV  89149
Tel:   (702) 384-7000
Fax:   (702) 385-7000
Email: kwilson@alversontaylor.com
*Attorneys for Defendants Carl's Jr.
Restaurants LLC, CKE Restaurants
Holdings, Inc., CKE Restaurants, Inc.,
and Carl Karcher Enterprises, Inc.*

21
22
23
24

By   */s/  Lori Tollerud*
      An Employee of
      LEWIS BRISBOIS BISGAARD & SMITH LLP

25
26
27
28

4815-8331-3656.1

13

| | |
|---|---|
| **From:** | Rachel Wise |
| **To:** | De Luna, Jesselyn; Robert Larsen; Karie Wilson |
| **Cc:** | Aicklen, Josh Cole; Harris, Adrina; Tollerud, Lorraine |
| **Subject:** | [EXT] RE: Wood v. BTO Investments - Defendants" Joint Motion to Extend Deadlines |
| **Date:** | Friday, August 27, 2021 4:32:47 PM |
| **Attachments:** | image001.png |

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This looks good.  You may use my electronic signature.

---

**From:** De Luna, Jesselyn <Jesselyn.DeLuna@lewisbrisbois.com>
**Sent:** Friday, August 27, 2021 2:09 PM
**To:** Robert Larsen <rlarsen@grsm.com>; Rachel Wise <rwise@grsm.com>; Karie Wilson <KWilson@AlversonTaylor.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Harris, Adrina <Adrina.Harris@lewisbrisbois.com>; Tollerud, Lorraine <Lorraine.Tollerud@lewisbrisbois.com>
**Subject:** Wood v. BTO Investments - Defendants' Joint Motion to Extend Deadlines
**Importance:** High

Good Afternoon,

Please see the draft Joint Motion to Extend Discovery Deadlines in the *Wood* case for your review and commentary.  I also fixed the new proposed deadlines as they were a couple days off in the original e-mail proposal sent.  Please advise as to any changes, or if we have your authority to affix your e-signature.  Thank you!


Best,
Jesselyn


**Jesselyn De Luna**
**Attorney**
Jesselyn.DeLuna@lewisbrisbois.com

**T: 702.693.4350  F: 702.366.9563**

contain or attach
privileged,
confidential or
protected
information
intended only for
the use of the
intended recipient.
If you are not the
intended recipient,
any review or use of

| | |
|---|---|
| **From:** | Karie Wilson |
| **To:** | "Rachel Wise"; De Luna, Jesselyn; Robert Larsen |
| **Cc:** | Aicklen, Josh Cole; Harris, Adrina; Tollerud, Lorraine |
| **Subject:** | [EXT] RE: Wood v. BTO Investments - Defendants" Joint Motion to Extend Deadlines |
| **Date:** | Monday, August 30, 2021 9:20:28 AM |
| **Attachments:** | image001.png |

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Jesselyn. You may also use my electronic signature.

Karie Wilson, Esq.
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

**From:** Rachel Wise <rwise@grsm.com>
**Sent:** Friday, August 27, 2021 4:33 PM
**To:** De Luna, Jesselyn <Jesselyn.DeLuna@lewisbrisbois.com>; Robert Larsen <rlarsen@grsm.com>; Karie Wilson <KWilson@AlversonTaylor.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Harris, Adrina <Adrina.Harris@lewisbrisbois.com>; Tollerud, Lorraine <Lorraine.Tollerud@lewisbrisbois.com>
**Subject:** RE: Wood v. BTO Investments - Defendants' Joint Motion to Extend Deadlines

This looks good.  You may use my electronic signature.

**From:** De Luna, Jesselyn <Jesselyn.DeLuna@lewisbrisbois.com>
**Sent:** Friday, August 27, 2021 2:09 PM
**To:** Robert Larsen <rlarsen@grsm.com>; Rachel Wise <rwise@grsm.com>; Karie Wilson <KWilson@AlversonTaylor.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Harris, Adrina <Adrina.Harris@lewisbrisbois.com>; Tollerud, Lorraine <Lorraine.Tollerud@lewisbrisbois.com>
**Subject:** Wood v. BTO Investments - Defendants' Joint Motion to Extend Deadlines
**Importance:** High

Good Afternoon,

Please see the draft Joint Motion to Extend Discovery Deadlines in the *Wood* case for your review and commentary.  I also fixed the new proposed deadlines as they were a couple days off in the original e-mail proposal sent.  Please advise as to any changes, or if we have your authority to affix your e-signature.  Thank you!

Best,
Jesselyn

**Jesselyn De Luna**
**Attorney**
Jesselyn.DeLuna@lewisbrisbois.com

**T: 702.693.4350  F: 702.366.9563**