PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: psp@paulpaddalaw.com
TONY L. ABBATANGELO, ESQ.
Nevada Bar No. 3897
Email: tony@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY MARIE WOOD, an individual,<br><br>                  Plaintiff,<br>vs.<br><br>CARL'S JR., d/b/a BTO INVESTMENTS, a Delaware corporation; S.L. INVESTMENTS, a Nevada corporation; CKE RESTAURANTS, INC., a Delaware corporation; CARL'S JR. RESTAURANTS HOLDINGS, INC., a foreign corporation; RUCEY MOLINA CRUZ, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>                  Defendants. | Case No. 2:20-cv-2329-APG-BNW<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO S.L. INVESTMENTS' MOTION FOR SANCTIONS** |

      Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rule of Civil Practice 7-1, the parties hereby stipulate, subject to the Court's approval, to permit Plaintiff additional time, to and until October 26, 2021, to respond to Defendant S.L. Investments, Inc.'s motion to sanctions.[1]  Presently, Plaintiff's response is due today, October 19, 2021.  This is Plaintiff's first request for an extension of time for the reasons cited herein.

---

[1] ECF No. 56 (filed October 5, 2021)

1

In support of this Stipulation, the parties agree to the following:

1. Good cause exists to support this request for additional time. Plaintiff's counsel represent they have been working diligently on a response to the pending motion for sanctions but due to recent circumstances will not be able to timely complete a response. Indeed, due to time commitments involving other cases, undersigned counsel for Plaintiff (Paul S. Padda, the attorney handling this specific motion for sanctions) has not been able to dedicate the time necessary to completing and filing an appropriate response. During the past week, undersigned counsel for Plaintiff has been required to propound discovery, respond to a dispositive motion, and prepare for upcoming depositions in three separate matters. An additional week, however, will provide undersigned counsel sufficient time to finalize and file a response to the pending motion for sanctions.

2. Counsel for the respective parties have discussed this request for a short extension of time and agree that an extension of time to and until October 26, 2021 is appropriate under the circumstances.

The parties respectfully request the Court approve this Stipulation.

/s/ *Rachel L. Wise*  /s/ *Paul S. Padda*
_____  _____
Robert S. Larsen, Esq.  Paul S. Padda, Esq.
Rachel L. Wise, Esq.  Tony Abbatangelo, Esq.
Gordon Rees Scully Mansukhani, LLP  Paul Padda Law, PLLC

*Counsel for S.L. Investments*  *Counsel for Plaintiff*

Dated: October 19, 2021  Dated: October 19, 2021

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** October 22, 2021

2