ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
        rwise@grsm.com

*Attorneys for S.L. Investments*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY MARIE WOOD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARL'S JR., operated and owned by BTO INVESTMENTS, a Delaware corporation; S. L. INVESTMENTS, a Nevada corporation; CKE RESTAURANTS, INC., a Delaware corporation; CARL'S J. RESTAURANTS, LLC, a foreign limited liability company; CARL KARCHER ENERPRISES, INC. a foreign corporation; CKE RESTAURANTS HOLDINGS, INC., a foreign corporation; RUCEY MOLINA CRUZ, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02329-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF S.L. INVESTMENT'S MOTION FOR SANCTIONS**<br><br>**(FIRST REQUEST)** |

In accordance with Local Rules 6-1 and 7-1, Plaintiff Holly Marie Wood and Defendant S.L. Investments, Inc. by and through their respective attorneys of record, stipulate as follows:

1. On August 3, 2021, Defendant S.L. Investments, Inc. filed the Motion for Sanctions [ECF No. 50].

2. Plaintiff filed her Opposition to Defendant S.L. Investments, Inc.'s Motion for FRCP 11 Sanctions on October 25, 2021 [ECF No. 61].

3. The Parties stipulate and agree that Defendant S.L. Investments may file the reply

-1-

1  in support of the Motion for Sanctions on or before **November 8, 2021.**

2  In Support of this Stipulation, the Parties agree to the following:

3  1. Good cause exists to support this request for additional time. Defendant's counsel has been diligently working on a reply to the pending opposition, but due to recent circumstances will not be able to timely complete a response. Due to time commitments involving other cases and a medical matter, Defendant's counsel has not been able to dedicate the time necessary for completing and filing an appropriate reply. Due to an outpatient procedure on October 27, 2021, Defendant's counsel was unable to perform sufficient work on any of her cases, including this one. Additionally, during the past week, Defendant's counsel has worked on propounding discovery, drafting objections and cross-examination to multiple depositions by written question, preparing for upcoming depositions, and performing due diligence relevant to opinion matters.

2. An additional week will provide the undersigned counsel sufficient time to finalize and file a reply to the pending opposition.

3. The undersigned counsel conferred with Plaintiffs' counsel and Plaintiffs do not oppose the extension request.

4. This stipulation is not made for purposes of delay.

/ / /

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

5. Therefore, the parties agree that S.L. Investments, Inc.'s Reply in support of the Motions to Sanction is now due on or before **November 8, 2021.**

The Parties respectfully request that the court approve this Stipulation.

| | |
|---|---|
| DATED this 29th day of October, 2021. | DATED this 29th day of October, 2021. |
| PAUL PADDA LAW PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
| */s/ Paul S. Padda* <br> Paul S. Padda, Esq. <br> Tony L. Abbatangelo, Esq. <br> 4030 S. Jones Blvd., Unit 30370 <br> Las Vegas, NV 89173 <br> psp@paulpaddalaw.com <br> tony@paulpaddalaw.com | */s/ Rachel L. Wise* <br> Robert S. Larsen, Esq. <br> Nevada Bar No. 7785 <br> Rachel L. Wise, Esq. <br> Nevada Bar No. 12303 <br> 300 So. 4th Street, Suite 1550 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for S.L. Investments* |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED**:  November 2, 2021

-3-