# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY MARIE WOOD, | Case No.: 2:20-cv-02329-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| CARL'S JR., et al., | |
| Defendants | |

On February 15, 2022, plaintiff Holly Wood was advised by the court that this action would be dismissed without prejudice as to defendant Rucey Molina Cruz unless by March 17, 2022, Wood filed proper proof of service or showed good cause why such service was not timely made. ECF No. 75.  Wood has not filed proof of service or shown good cause why service was not made.  Wood also has not shown cause why this action should not be dismissed without prejudice as to these defendants under Federal Rule of Civil Procedure 4(m).

I THEREFORE ORDER that plaintiff Holly Wood's claims against defendant Rucey Molina Cruz are DISMISSED without prejudice.

DATED this 21st day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE