**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLY MARIE WOOD, | Case No.: 2:20-cv-02329-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| CARL'S JR., et al., | |
| Defendants | |

On May 11, 2022, the parties advised the court that they had reached a settlement and would file a stipulation of dismissal or a status report by May 25, 2022. The parties have not filed a stipulation or status report.

I THEREFORE ORDER the parties to file either a stipulation of dismissal or a status report by June 10, 2022.

DATED this 1st day of June, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE